UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mahfooz Ahmad

Write the full name of each plaintiff.

**20-cv-4507**

(Include case number if one has been assigned)

-against-

Colin Day, Courtney Dutter, iCIMS Inc

Do you want a jury trial?

☒ Yes  ☐ No

RECEIVED
JUN 11 2020
PRO SE OFFICE

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Mahfooz | | Ahmad | |
|---|---|---|---|
| First Name | Middle Initial | Last Name | |

| 198 East Ave 2 | | | |
|---|---|---|---|
| Street Address | | | |
| Fairfield, Norwalk | | Connecticut | 06855 |
| County, City | | State | Zip Code |
| +1.718.536.1972 | | mahfoozahmad2092@gmail.com | |
| Telephone Number | | Email Address (if available) | |

### B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:
**Colin Day**
Name
101 Crawfords Corner Rd #3-100
Address where defendant may be served

| Monmouth County, Holmdel | NJ | 07733 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:
**Courtney Dutter**
Name
101 Crawfords Corner Rd #3-100
Address where defendant may be served

| Monmouth County, Holmdel | NJ | 07733 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

Name: iCIMS Inc

Address where defendant may be served: 101 Crawfords Corner Rd #3-100

County, City: Monmouth County, Holmdel  State: NJ  Zip Code: 07733

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:
**Telecommute**

Name: 848 LELAND AVE C

Address

County, City: Bronx, Bronx  State: NY  Zip Code: 10473

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

- ☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

  The defendant discriminated against me because of my (check only those that apply and explain):

  - ☒ race: Asian
  - ☒ color: Brown
  - ☒ religion: Islam
  - ☐ sex:
  - ☒ national origin: Pakistani

Page 3

☒ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: **Asian**

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

### B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law): _____

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☒ terminated my employment
- ☒ did not promote me
- ☐ did not accommodate my disability
- ☒ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☒ harassed me or created a hostile work environment
- ☒ other (specify): Unlawful inquiry, limitation, specification, discrimination in job advertisement and paid me lower salary.

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Colin Day, Courtney Dutter and iCIMS Inc didn't take any actions, and performed no investigation of my complaint of discrimination on bases of color, race, religious beliefs and ethnic background.

A detailed account of discrimination is attached.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

Page 5: Facts Continued below

I joined iCIMS Inc in **February 2014** as a **Junior Project Specialist**. I worked hard and completed my projects in timely manner and received great client feedback. Due to my great work performance my work Title was changed twice. First, I was given responsibilities of **Software Implementation Manager** and secondly, I was given responsibilities that included projects of **Software Integration** with larger enterprise level clients. During my employment I worked with 119 iCIMS clients. When it came to increasing my salary, nothing was done. After many backs and forth discussions with my manager, I was given a really low salary increase of mere few dollars per week.

I was told that since other people in the company got pay increase, I will not get one. I was informed of this while iCIMS Inc majority of the employees were white people.

On 30th May, 2018, after completion of the business day, I submitted a business plan for a new business model to iCIMS CEO 'Colin Day'. This business plan was named, Jobtrail which I had been working on with my friends. My manager 'Mat Watson' from iCIMS Inc, was well aware that I am working on a side gig. 5 days later from my email to CEO 'Colin Day' about investment discussion my job was terminated. I only received partial explanation from 'Courtney Dutter' legal representative of iCIMS Inc that I violated company policy, <u>this in fact was a complete lie</u>.

iCIMS company policy handbook which I was never provided with on start of my employment, and of which I only received a copy after termination of my job, states that anything invented during my employment with iCIMS will be owned by iCIMS. It didn't state that my job prohibits me from inventing a new business model. When I asked for an internal investigation of this incident, I was informed to send back company laptop immediately and to immediately cease speaking to any of my co-workers at iCIMS. I was also informed by 'Courtney Dutter' legal representative of iCIMS that I must not speak to anyone about this matter. Nor should I email any of my co workers or any one in the board of directors.

During my employment I was a victim of many instances of discrimination, iCIMS orders food for their employees but it never included any halal food which I could eat. In most days when other white majority employees would enjoy a good meal, I would be sitting at my desk expecting to order my own food. Besides this, I was given extra work responsibilities.

On many occasions I was expected to work 60+ hours/wk., with no overtime pay. Many of the clients that were assigned to me were in different time zones, which meant I had to work late hours to speak to these clients. On multiple occasions, I was asked to upload client data at 11:55 PM in the evening. My role as the Project Specialist involved regular situations where the client was going live on early Monday morning and I was expected to upload, transfer client data over the weekend so the client could go live on Monday morning. I wasn't paid for the work done on weekends. This data upload approach allowed for the client to go live with iCIMS products without any gap of data, on Monday morning. No other employee in the company of 500+ employee was asked to do this except me. Basically, I was given the worst possible responsibilities on the lowest possible salary. The only thing in return that I received was an appreciation note written on

06/05/20   [signature]

Page 5: Facts Continued below

corporate social site 'Yammer', which in some cases wrote, great job by 'Max Ahmad' with such and such client on the data migration project. iCIMS management is aware that I am a Muslim and due to my religion, I am required to offer compulsory Friday prayer yet on multiple occasions my managers scheduled calls exactly during my Friday prayer timing. In one phone call I was spoken to quite harshly when I explained that I had to reschedule a meeting due to Friday prayer.

iCIMS Inc. offered me a severance payment of $6,630 in 5 weekly payments on 21st June, 2018, realizing their wrong doings, there was a contract provided with this offer.

I was told to accept this severance payment within 3 days or the offer will be considered voided. The contract along sided this money offer was written by iCIMS in their favor to cover up their discriminatory actions.

The money offered by iCIMS was nothing compared to the discrimination faced by me, I clearly refused to accept the financial offer. I am afraid if I had accepted such an offer, iCIMS would continue its discriminatory practices against other employees of color and other ethnic backgrounds.

I did try to speak to CEO 'Colin Day' via email but he didn't respond. In my emails, I offered iCIMS to buy the new business plan I had created but it didn't matter to CEO 'Colin Day' as him and iCIMS Inc had already learned everything about my intellectual property. It was clear to iCIMS that they have gotten away with religious and ethnic discrimination and they can also get away with stealing intellectual property. This complaint is only about the discrimination I faced during my employment with iCIMS and I think other employees of color are continuing to face due to their color, race, religious beliefs and ethnic background.

06/05/20   *[signature]*

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?  **Feb 05 , 2019**

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?  **January 09, 2020**

When did you receive the Notice?  **June 05, 2020**

☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☒ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)
Colin Day, Courtney Dutter and iCIMS Inc. should provide a written apology to me and should accomodate all employee's according to their religion equally and should not treat people of color differently. iCIMS Inc needs to immediatly cease from giving worst work responsibitities to people of color and low salary as compared to White employees. I should be given $6 Million dollars in money damages for the discrimination I faced due to my skin color, race, religious beliefs and ethnic background and wrongful job termination, I faced.

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 06-05-2020 | *[signature]* |
|---|---|
| Dated | Plaintiff's Signature |
| Mahfooz | Ahmad |
| First Name / Middle Initial | Last Name |
| 198 East Ave, Unit 2 | |
| Street Address | |
| Fairfield, Norwalk | Connecticut 06855 |
| County, City | State / Zip Code |
| +1.718.536.1972 | mahfoozahmad2092@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Mahfooz Ahmad<br>911 Van Nest Avenue, Apt LT<br>Bronx, NY 10462 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2019-02104 | Holly M. Shabazz,<br>State & Local Program Manager | (929) 506-5316 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X]    Other *(briefly state)*    **Charging party signed Confidential & Proprietary Agreement.**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*                      January 9, 2020

Enclosures(s)        **Judy A. Keenan,**        *(Date Mailed)*
                     **District Director (Acting)**

ICIMS, INC.
Corporation Service Company,
101 Crawfords Corner,
Suite 3-100
Albany NY 12207
Attn: Director of Human
Resources

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

RECEIVED JUN 11 2020 PRO SE OFFICE

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

MAHFOOZ AHMAD,

                         Complainant,

v.

ICIMS, INC.,

                         Respondent.

VERIFIED COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.
**10199870**

Federal Charge No. 16GB902104

     I, Mahfooz Ahmad, residing at 848 Leland Avenue, Apt. C, Bronx, NY, 10473, charge the above named respondent, whose address is 101 Crawfords Corner, Suite 3-100, Holmdel, NJ, 07733 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of creed, national origin, race/color.

     Date most recent or continuing discrimination took place is 6/7/2018.

     The allegations are:

### SEE ATTACHED COMPLAINT FORM

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of creed, national origin, race/color, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).



# New York State Division of Human Rights
## Employment Complaint Form



10199870
RECEIVED
FEB 0 5 2019

FEDERAL CONTRACT UNIT
RECEIVED
MAR 0 4 2019
NYS DHR
Upper Manhattan Regional Office

### 1. Your contact information:
**First Name:** MAHFOOZ
**Middle Initial/Name:**
**Last Name:** AHMAD
**Street Address/ PO Box:** 848 Leland Ave
**Apt or Floor #:** C
**City:** BRONX
**State:** NY
**Zip Code:** 10473

### 2. Regulated Areas: You believe you were discriminated against in the area of:
- ☑ Employment (including paid internship)
- ☐ Labor Organization
- ☐ Apprentice Training
- ☐ Employment Agencies
- ☐ Internship (unpaid only)
- ☐ Licensing
- ☐ Volunteer Firefighting (excludes disability, age, domestic violence victim status, arrest, conviction, genetic history)

### 3. You are filing a complaint against:
**Employer Name:** iCIMS INC
**Street Address/ PO Box:** 101 CRAWFORDS CORNER RD
**City:** HOLMDEL
**State:** NJ
**Zip Code:** 07733
**Telephone Number:** (732) 847-1941   Ext.

**In what county or borough did the violation take place?** BRONX, NEW YORK

**Individual people who discriminated against you:**
Name: COLIN DAY    Title: CEO
Name: COURTNEY DUTTER    Title: DIRECTOR Legal & Compliance

If you need more space, please list them on a separate piece of paper.

### 4. Date of alleged discrimination (must be within one year of filing):
The most recent act of discrimination happened on: 06 / 07 / 2018

### 5. For employment and internships, how many employees does this company have?
☐ 1-3   ☐ 4-14   ☐ 15-19   ☑ 20 or more   ☐ Don't know

### 6. Are you currently working for this company?
☐ Yes. Date of hire: ___ / ___ / ___    What is your position?
☑ No. Last day of work: 06 / 07 / 2018    What was your position? Implementation MANAGER
☐ I was never hired. Date of application: ___ / ___ / ___    What position did you apply for?

1
Complaint

### 7. Basis of alleged discrimination:

Check **ONLY** the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age**: Date of Birth: _____ | ☐ **Military Status**: ☐ Active Duty ☐ Reserves |
| ☐ **Arrest Record** (resolved in your favor or youthful offender record or sealed conviction record) | ☑ **National Origin**: Please specify: PAKISTANI |
| ☐ **Conviction Record** | ☐ **Predisposing Genetic Characteristic**: Please specify: _____ |
| ☑ **Creed/ Religion**: Please specify: MUSLIM | ☐ **Pregnancy-Related Condition**: Please specify: _____ |
| ☐ **Disability**: Please specify: _____ | ☑ **Race/Color or Ethnicity**: Please specify: Asian |
| ☐ **Domestic Violence Victim Status** | ☐ **Sexual Orientation**: Please specify: _____ |
| ☐ **Familial Status**: Please specify: _____ | ☐ **Sex**: Please specify: _____ Specify if the discrimination involved: ☐ Pregnancy ☐ Gender Identity ☐ Transgender Status ☐ Sexual Harassment |
| ☐ **Marital Status**: Please specify: _____ | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☐ **Retaliation**: How you did you oppose discrimination: _____

### 8. Acts of alleged discrimination: What did the person/company you are complaining against do? Check all that apply

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☐ Denied me an accommodation for my disability or pregnancy-related condition | ☐ Denied me leave time or other benefits | ☐ Harassed/ intimidated me (other than sexual harassment) |
| ☑ Fired me/laid me off | ☐ Denied me overtime benefits | ☐ Sexually harassed or intimidated me | ☐ Did not call back after lay-off |
| ☐ Demoted me | ☑ Paid me a lower salary than other co-workers doing the same job | ☑ Gave me different or worse job duties than other workers doing the same job | ☐ Denied me services/treated differently by employment agency |
| ☐ Suspended me | ☐ Denied me an accommodation for my religious practices | ☑ Gave me a disciplinary notice or negative performance review | ☑ Unlawful inquiry, or limitation, specification or discrimination in job advertisement |
| ☐ Denied me training | ☑ Denied me promotion/ pay raise | ☐ Denied a license by a licensing agency | ☐ Other: |

2
Complaint

9. Description of alleged discrimination

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

I joined iCIMS as junior level project specialist in 02/2014. I worked really hard and i was always completing assigned projects in timely manner. My responsibilities were increased multiple times due to my great performance. On 30th May 2018, I submitted a business plan after complete of business day to Colin Day - CEO of iCIMS. 5 days later i was fired from my job. This week i was working remotely. When asked why my employment was being terminated, I was given a partial answer by the legal representative "Courtney Dutter", her response said they terminated my job because they think I violated company policy. This is infact not true. The company policy says anything created during employment by me will be owned by iCIMS. The business plan I submitted to the CEO was a technology business that i created with my partners before joining iCIMS. I did inform iCIMS "Colin Day", that I have evidence to show and to prove my claim. No Investigation was done. I was denied my job for the real reason of me being a man of brown color and because I am an asian muslim. Colin Day and Courtney dutter didn't do a proper investigation of, did i or did not violate the company policy. Their decesion was ill motivated due to the fact that the company has whrite majortiy employees. They discriminated against me and than tried offerring me a $0,630 in 5 weekly payments on 21st June 2016 in 3 day deadline notice. This is when I made them aware that they are being discriminatory towards me, so they tried offerring me litte money to keep me q/uite, I didn't accept it as it was too little.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL** _MA_

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_[signature]_
Sign your full legal name

Subscribed and sworn before me
This 5 day of February 20 19

_[signature]_
Signature of Notary Public

County: Bronx   Commission expires:

GENNADIY MATATOV
NOTARY PUBLIC, State of New York
No. 01MA6087608
Qualified in Queens County
Commission Expires 02/18/20 19

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

