RECEIVED IN CHAMBERS
OF LOUIS L. STANTON

JUL 22 2020

UNITED STATES DISTRICT JUDGE

17 July, 2020

**Honorable Louis L. Stanton District Judge**
500 Pearl St # 2250,
New York, NY 10007

**Courtroom:** 21C

My name is Mahfooz Ahmad and I am the pro se petitioner in,

**Case Name:**   Ahmad v. Day et al

**Case Number:** 1:20-cv-04507-LLS

This case was recently assigned to you. I am writing this letter to you because I need to add more parties and claims to this lawsuit through a joinder. The new parties and the original defendant created a fraudulent job scam to cover up wrong doings and to retaliate against my previously filed EEOC discrimination complaint. In this <u>well-planned job scam</u> defendant (Colin Day and iCIMS Inc) with collaboration of the below listed parties created fraudulent job scheme to gain my signatures on a deceitfully written job agreement. The job scam lasted from 15th July 2019 to 31st December 2019.

<u>New Parties to add in the lawsuit are</u>,

**Beacon Hill Staffing Group LLC**
152 Bowdoin St, Boston, MA 02108

**Andrew Wang**
CEO Beacon Hill Staffing Group LLC
152 Bowdoin St, Boston, MA 02108

**Joe Cox**
Director Beacon Hill Staffing Group LLC
152 Bowdoin St, Boston, MA 02108

**Jamie Baumann**

Staffing Consultant Beacon Hill Staffing Group LLC
152 Bowdoin St, Boston, MA 02108

**Nellie Smith**
Manager Beacon Hill Staffing Group LLC
152 Bowdoin St, Boston, MA 02108

**Jennifer Ryan**
Director Beacon Hill Staffing Group LLC
152 Bowdoin St, Boston, MA 02108

**NaviHealth Inc**
210 Westwood, Brentwood, TN 37027

**Clay Richards**
CEO NaviHealth Inc
210 Westwood, Brentwood, TN 37027

**Bernard Carroll**
Manager NaviHealth
210 Westwood, Brentwood, TN 37027

**Nick Cortesi**
Director NaviHealth Inc
210 Westwood, Brentwood, TN 37027

**Daniel George**
Contractor NaviHealth Inc
210 Westwood, Brentwood, TN 37027

Honorable Judge Louis L. Stanton, I have spoken to several lawyers and actively seeking a lawyer to represent me in this case. I am also searching for a pro bono lawyer to represent me in this case.

Sincerely,
Mahfooz Ahmad

*[signature]*
07/17/20

MAHFOOZ AHMAD

198 EAST AVE # 2 NORWALK,
CONNECTICUT 06855
T: +1.718.536.1972



RECEIVED IN CHAMBERS
OF LOUIS L. STANTON

JUL 22 2020

UNITED STATES DISTRICT JUDGE

---

 **Click-N-Ship®**



usps.com
$26.35
US POSTAGE
Flat Rate Env

9470 1036 9930 0051 3719 01 0263 5000 0011 0007

07/20/2020   Mailed from 06855   062S0000001310

## PRIORITY MAIL EXPRESS 1-DAY™

MAHFOOZ AHMAD
198 EAST AVE # 2
NORWALK CT 06855-1111

Scheduled Delivery Date: 07/21/20

**0007**

C014

**WAIVER OF SIGNATURE**

**SCHEDULED DELIVERY 12:00 PM**

SHIP TO:
HONORABLE JUDGE LOUIS L STANTON
COURTROOM: 21C
500 PEARL ST # 2250
NEW YORK NY 10007-1316

## USPS TRACKING #



9470 1036 9930 0051 3719 01