UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAHFOOZ AHMAD,                                    :
                Plaintiff,
                                               :                ORDER
         -against-                            20 Civ. 4507 (AT) (GWG)
                                               :
COLIN DAY; COURTNEY DUTTER;
iCIMS INC.,                                                   :

                Defendants.    :
-------------------------------------------------------X
GABRIEL W. GORENSTEIN, United State Magistrate Judge

      The application of Zachary T. Tortora, Esq. to withdraw (Docket # 20) is granted. The Clerk is directed to amend the docket sheet to reflect that plaintiff is pro se and that his address is as appears on Docket # 21.

      Plaintiff is warned that his recent filing of a notice of pro se appearance (Docket # 21) did not include a consent to electronic service and until that document is filed, service will be by mail only.

      The Clerk is requested to mail a copy of this Order to the pro se plaintiff.

Dated: January 5, 2021January 5, 2021
       New York, New York

                                                       _____
                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge