UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAHFOOZ AHMAD,                                :
                    Plaintiff,
                                  :                      ORDER
       -against-                          20 Civ. 4507 (AT) (GWG)
                                  :
COLIN DAY, et al.,
                                  :

                    Defendants.  :
-------------------------------------------------------X
GABRIEL W. GORENSTEIN, United State Magistrate Judge

      With regard to plaintiff's letter of January 12, 2021 (Docket # 26), the defendants are directed to respond to this letter by January 19, 2021. If defendants are seeking a stay of discovery pending the motion to compel arbitration, they shall file a letter on that date giving the basis for their motion. Plaintiff may respond to any such letter by January 22, 2021

Dated: January 14, 2021
      New York, New York

                                                     _____
                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge