UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MAHFOOZ AHMAD
                Plaintiff (s),        **Docket No : 1:20-CV -04507- AT-GWG**

                                            Typo (error) Correction in the Complaint

                          -against-
COLIN DAY, COURTNEY DUTTER, iCIMS INC
                        Defendant (s)


## Typo (error) Correction in the Complaint

## [ Nunc Pro Tunc ]


**Mahfooz Ahmad**

**T:** +1.718.536.1972
**E:** mahfoozahmad2092@gmail.com
**M:** https://mahfooz.medium.com
224 Porters Hill Rd,
Monroe, CT 06468

**Case Assigned to:** Honorable Judge Analisa Torres
**Case Referred to:** Honorable Magistrate Judge Gabriel W. Gorenstein

**Re: Ahmad v. Day, et al. ( 1:20-CV- 004507 - AT-GWG )**

Dear Honorable Judge Analisa Torres and Honorable Magistrate Judge Gabriel W. Gorenstein,

    I <u>Mahfooz Ahmad</u> would like to point out correction of a typo (written error), in the original filled complaint. It is a typing error. The date of start of my employment with iCIMS Inc is February, 2016 and not February, 2014. The typing of 2014 instead of 2016 is a written error, the defense counsel did mention the correct date of **February, 2016** in there filing of 'Motion for Arbitration'. I request Honorable Magistrate Judge Gabriel W. Gorenstein to order correction/ acceptance of this clerical typing error (Nunc Pro Tunc).

    I would like to humbly inform the court that I have been able to pay the PACER account Balance and currently I am able to access PACER account services and updates like normal.

Thank you for Your Honor's time and consideration is greatly appreciated in this matter.

                                                          21st May, 2021.

                                                          /s/ *Mahfooz Ahmad*

                                                          Mahfooz Ahmad