UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MAHFOOZ AHMAD,                         :
                          Plaintiff,

                                       :          <u>ORDER OF SERVICE</u>
          -against-                               20 Civ. 4507 (AT) (GWG)

                                       :

COLIN DAY, et al.,                     :

                                       :

                          Defendants.  :
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United State Magistrate Judge**

  At the time the Court issued its order of September 17, 2021, it had not realized that the plaintiff had added three new defendants in the amended complaint. Accordingly, this Order is being issued arrange for service on these defendants. In order to avoid duplication of discovery efforts, discovery shall not proceed until all the defendants are served. Accordingly, discovery is stayed until further order of the Court. The parties should propose a new discovery schedule once all the defendants have answered the amended complaint.

  The Clerk is directed to issue summonses as to the three newly-named defendants: Beacon Hill Staffing Group, Vista Equity Partners and Navi Health Inc., using the addresses below. The Court extends the time to serve until 90 days after the date the summonses are issued. If the complaint is not served within that time, plaintiff should request an extension of time for service.

  To allow plaintiff to effect service on defendants Colin Day, Courtney Dutter, and iCIMS, Inc., through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Beacon Hill Staffing Group, Vista Equity Partners and Navi Health Inc., using the addresses below. The Clerk of Court is further directed to deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Beacon Hill Staffing Group, Vista Equity Partners and Navi Health Inc.

  SO ORDERED.

Dated: October 11, 2021
  New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Service Addresses:

BEACON HILL STAFFING GROUP
Address:152 Bowdoin St, Boston, MA 02108

VISTA EQUITY PARTNERS
Address: 401 Congress Ave #3100, Austin, TX 78701

NAVI HEALTH INC
Address: 210 Westwood Pl #400, Brentwood, TN 37027