UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MAHFOOZ AHMAD,
               Plaintiff,

                                                           ORDER
            -against-                         20 Civ. 4507 (AT) (GWG)

COLIN DAY, et al.,

               Defendants.
---------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United State Magistrate Judge**

      Plaintiff's motion to strike (Docket # 108) is denied. Fed. R. Civ. P. 12(f) provides for the striking of a "pleading" but a memorandum of law is not a pleading, see Fed. R. Civ. P. 7(a). The relief requested in Docket # 112 is denied as the Court has no authority to involve the U.S Attorney's Office or the United States in this matter.

      Plaintiff expresses reasons in his motion to strike why the Navi Health Inc.'s motion (Docket ## 104, 105, 106, 107) should be denied. Any arguments plaintiff has in opposition to this motion shall be filed in a new document clearly identified as the plaintiff's opposition to the Navi Health Inc.'s motion. Plaintiff's opposition shall be filed on or before February 11, 2022. Any reply by Navi Health, Inc. shall be filed on or before February 25, 2022.

      Separately, the Court notes that Beacon Hill Staffing Group has filed a motion to dismiss (Docket ## 109, 110). Plaintiff's opposition to this motion shall be filed by February 15, 2022. Any reply by Beacon Hill Staffing Group shall be filed on or before March 1, 2022.

      SO ORDERED.

Dated: January 18, 2022
       New York, New York

                                                              _____
                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge