UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MEMORANDUM ENDORSED

MAHFOOZ AHMAD

              Plaintiff (s),

Docket No : 1:20-CV -04507- AT-GWG
PLAINTIFF'S EX PARTE MOTION FOR
LEAVE TO EXCEED PAGE LIMITATION

-against-

COLIN DAY, COURTNEY DUTTER, iCIMS INC,

BEACON HILL STAFFING GROUP, NAVI HEALTH INC,

VISTA EQUITY PARTNERS.

              Defendants (s).

# PLAINTIFF'S EX PARTE MOTION
# FOR LEAVE TO EXCEED PAGE LIMITATION

**Mahfooz Ahmad**

**T:** +1.718.536.1972
**E:** mahfoozahmad2092@gmail.com
**M:** https://mahfooz.medium.com
224 Porters Hill Rd,
Monroe, CT 06468

**Case Assigned to:** Honorable Judge Analisa Torres
**Case Referred to:** Honorable Magistrate Judge Gabriel W. Gorenstein

**Dear Honorable Judge Analisa Torres and Honorable Magistrate Judge Gabriel W. Gorenstein,**

Mahfooz Ahmad (hereinafter "Plaintiff"), pro se hereby move under, INDIVIDUAL PRACTICES IN PRO SE CASES OF HONORABLE JUDGE ANALISA TORRES, U.S. DISTRICT JUDGE S.D.N.Y., as per rule, **IV. Motions, D. Page Limits.**

1. Plaintiff requests for leave to file Opposition Papers that exceeds the **30-page limit** for Defendant Navihealth Inc, Beacon Hill Staffing Group, and Vista Equity Partners.

2. Plaintiffs seek to file a brief that is close to 56 pages, which is warranted given the complexity of the legal issues involved in this action and the significance of the issues that are addressed. This is needed given the amount of citations by the Defendants.

3. Plaintiff assures this Court that Plaintiff response will include a properly written table of contents and plaintiff will write double spaced, and do its best to write in short format.

4. For these reasons, Plaintiff respectfully request that this Court grant this motion for leave to exceed page limits.

5. Plaintiff is deeply thank full to this Court for recent clarification on delivery of Summons (service of process.)

Thank you Your Honor's time and consideration is greatly appreciated in this matter.
Executed this 20th day of January, 2022                                   /s/ Mahfooz Ahmad

                                                                  Respectfully Submitted,
                                                                  Mahfooz Ahmad

If plaintiff is filing a single memorandum of law in response to all three motions, he may file a memorandum of law of up to 56 pages.  If plaintiff is filing separate memoranda of law, he must abide by the 30-page limit for each memorandum of law.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 24, 2022