UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMORANDUM ENDORSED

MAHFOOZ AHMAD
                Plaintiff (s),

Docket No : 1:20-CV -04507- AT-GWG
NOTICE OF PLAINTIFF,
MAHFOOZ AHMAD's MOTION TO TAKE
JUDICIAL NOTICE OF COURT FILLING

-against-

COLIN DAY, COURTNEY DUTTER, iCIMS INC,

BEACON HILL STAFFING GROUP, NAVI HEALTH INC,

VISTA EQUITY PARTNERS.
                Defendants (s).

## NOTICE OF PLAINTIFF, MAHFOOZ AHMAD's MOTION TO TAKE JUDICIAL NOTICE OF COURT FILLING

**Mahfooz Ahmad**
**T:** +1.718.536.1972
**E:** mahfoozahmad2092@gmail.com
**M:** https://mahfooz.medium.com
224 Porters Hill Rd,
Monroe, CT 06468

**Case Assigned to:** Honorable Judge Analisa Torres
**Case Referred to:** Honorable Magistrate Judge Gabriel W. Gorenstein

PLEASE TAKE NOTICE, that MAHFOOZ AHMAD. ("Plaintiff") will move this Court at the United States Courthouse located at 40 Foley Square, New York, New York 10007, before the Honorable Judge Analisa Torres, on a date and time to be designated by the Court, for an Order to take **Judicial Notice** of Court Document # 54 and # 54-1, pursuant to **Rule 201(b)(2)** of the Federal Rules of Evidence.

In support of this motion, Plaintiff has submitted the following documents:

" MEMORANDUM OF LAW "

4th day of February, 2022                                                                 /s/ Mahfooz Ahmad

                                                                                                              Mahfooz Ahmad

**Mahfooz Ahmad**
**T:** +1.718.536.1972
**E:** mahfoozahmad2092@gmail.com

This application and the application in Docket # 129 are denied. This request could only be made in relation to the pending motions to dismiss. However, whatever arguments or requests plaintiff has to make in opposition to the motions to dismiss, including any requests to take judicial notice, must be included in the memorandum (or memoranda) of law plaintiff will file in opposition to the motions, not in a separate filing.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

February 7, 2022