UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MAHFOOZ AHMAD,                                :
                Plaintiff,
                                              :       ORDER
    -against-
                                              :       20 Civ. 4507 (AT) (GWG)
COLIN DAY, et al.,
                                              :

                Defendants.    :
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United State Magistrate Judge**

    In light of plaintiff's decision to rely on Docket # 137 as his opposition to the motions to dismiss, defendants Beacon Hill Staffing Group and Vista Equity Partners shall file any reply brief by March 16, 2022.

    SO ORDERED.

Dated: March 2, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge