UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHFOOZ AHMAD,

          Plaintiff,

     -against-

COLIN DAY et al.,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/13/2022
```

20 Civ. 4507 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's motion seeking to file an amended complaint, ECF No. 156. That motion is DENIED pending the Court's review of any objections filed to the Report and Recommendation (the "R&R") of the Honorable Gabriel W. Gorenstein, ECF No. 155. Further, the Court has reviewed Plaintiff's request for an extension of time to file objections to the R&R until August 12, 2022. ECF No. 159. That request is GRANTED in part, and DENIED in part. Plaintiff has not shown good cause for requiring such an exceptionally long time to file objections; accordingly, Plaintiff must file any objections to the R&R no later than **June 23, 2022**. The Clerk of Court is directed to terminate the motion pending at ECF No. 156.

    SO ORDERED.

Dated: June 13, 2022
       New York, New York

ANALISA TORRES
United States District Judge