| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | MEMORANDUM ENDORSED |

MAHFOOZ AHMAD

        Plaintiff (s),　　　　　　　　Docket No : 1:20-CV -04507- AT-GWG
　　　　　　　　　　　　　　　　　PLAINTIFF'S EX PARTE MOTION FOR
　　　　　　　　　　　　　　　　　LEAVE TO EXCEED PAGE LIMITATION

　　　　　　　　　　-against-

COLIN DAY, COURTNEY DUTTER, iCIMS INC,

BEACON HILL STAFFING GROUP, NAVI HEALTH INC,

VISTA EQUITY PARTNERS, **CLAY RICHARDS**,

**SUSQUEHANNA GROWTH EQUITY,** COMCAST CORPORATION.

　　　　　　　　　　Defendants (s).

# PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMITATION AND TIME, MULTIPLIED BY NUMBER OF DEFENDANTS

| | |
|---|---|
| Mahfooz Ahmad<br>**T:** +1.718.536.1972<br>**E:** mahfoozahmad2092@gmail.com<br>224 Porters Hill Rd,<br>Monroe, CT 06468 | The page count by plaintiff includes pages indicating service as well as tables of contents and authorities. The arguments by defendants are in some instances duplicative. A reply brief of 50 pages is more than sufficient.<br><br>So Ordered.<br><br>_____<br>GABRIEL W. GORENSTEIN<br>United States Magistrate Judge<br><br>August 1, 2022 |

Case Assigned to: Honorable Judge Analisa Torres
Case Referred to: Honorable Magistrate Judge Gabriel W. Gorenstein