# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MAHFOOZ AHMAD

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

COLIN DAY, COURTNEY DUTTER, iCIMS INC, BEACON HILL STAFFING GROUP, NAVI HEALTH INC, VISTA EQUITY PARTNERS, CLAY RICHARDS, SUSQUEHANNA GROWTH EQUITY, COMCAST CORPORATION.

(List the full name(s) of the defendant(s)/respondent(s).)

**MEMORANDUM ENDORSED**

1:20 CV 04507 ( JMF )( GWG )

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 10 2023

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 12/28/2022 but did *request to* file a notice of appeal within the required time period because:

date

**The under sign recently became a first time father and is currently needing more time to file a notice of appeal for the Court Order Number 187 of Honorable Magistrate Judge Gabriel W. Gorenstein. The undersign is timely filing this MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL. Pro Se Plaintiff requests that this Court grants 90 days extension until April 10th, 2023.**

UPDATED submission with correct extension date!

Dated: 01-10-23

Signature: /s/ Mahfooz Ahmad

Name (Last, First, MI): AHMAD, MAHFOOZ

Address: 224 PORTERS HILL RD,  City: MONROE,  State: CT  Zip Code: 06468

Telephone Number: (718) 536 - 1972

E-mail Address (if available): mahfoozahmad2092@gmail.com

Rev. 12/23/13

The request for an extension is denied since Federal Rule of Appellate Procedure 4(a)(5)(C) permits an extension at most only to a date within 30 days after the "prescribed time" for the filing of a notice of appeal. Here, there is no "prescribed time" for the filing of a notice of appeal since 28 U.S.C. § 1291 (the only potentially relevant statute) permits appeals only from final decision of district courts and the referenced order is not a final decision in the case. Rather, a final decision will come only after a final judgment is entered under Fed. R. Civ. P. 54. In any event, given the minimal requirements for a notice of appeal, there is no reason plaintiff could not file a notice of appeal (even if it is improper) within 30 days of the December 28, 2022, order at issue.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

January 11, 2023