```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MAHFOOZ AHMAD,                                                       :
                                                                     :
                              Plaintiff,                             :
                                                                     :       20-CV-4507 (JMF)
            -v-                                                      :
                                                                     :       ORDER
COLIN DAY et al.,                                                    :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

        On January 26, 2023, Defendants filed a motion to dismiss. ECF No. 197. Unless and until the Court orders others, Plaintiff shall file any opposition by **February 27, 2023**. Defendants' reply, if any, shall be due **two weeks thereafter.**

        As Plaintiff has consented to electronic service, there is no need to mail a copy of this Order to Plaintiff.

        SO ORDERED.

Dated: January 27, 2023  
       New York, New York

                                                                       JESSE M. FURMAN  
                                                                   United States District Judge