UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                          :
MAHFOOZ AHMAD,                                            :
                                                          :
                              Plaintiff,                  :
                                                          :          20-CV-4507 (JMF)
              -v-                                         :
                                                          :          ORDER
COLIN DAY et al.,                                         :
                                                          :
                              Defendants.                 :
                                                          :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 10, 2023, Plaintiff filed a motion for a preliminary injunction.  ECF No.

212.  Unless and until the Court orders others, Defendants shall file any opposition by **March 3,**

**2023**.  Plaintiff's reply, if any, shall be due **March 17, 2023.**

As Plaintiff has consented to electronic service, there is no need to mail a copy of this

Order to Plaintiff.


SO ORDERED.

Dated: February 10, 2023
       New York, New York
                                          _____
                                          JESSE M. FURMAN
                                          United States District Judge