UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                           :

MAHFOOZ AHMAD,                            :
                                           :
                      Plaintiff,        :            20-CV-4507 (JMF)
                                           :
          -v-                       :    ORDER WITHDRAWING
                                         :      REFERENCE TO
COLIN DAY et al.,                      :    MAGISTRATE JUDGE
                                         :
                   Defendants.      :
                                         :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 19, 2022, the Court referred this case to Magistrate Judge Gorenstein for General Pretrial and for two prior dispositive motions, which have now been decided. *See* Docket No. 120.  It is hereby ORDERED that the reference is WITHDRAWN.

      SO ORDERED.

Dated: February 13, 2023
      New York, New York

_____
                        JESSE M. FURMAN
                  United States District Judge