UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MAHFOOZ AHMAD, :
:
                  Plaintiff, :
:     20-CV-4507 (JMF)
      -v- :
:     ORDER
COLIN DAY, et al., :
:
                  Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 20, 2023, Plaintiff filed a "Motion Request for Judicial Intervention," seeking immediate relief from this Court on his unlawful termination claim.  ECF No. 221.  Plaintiff has not shown irreparable harm or a likelihood of success on the merits that would justify immediate relief.  Indeed, Plaintiff's unlawful termination claim is the quintessential claim that, if valid, can be remedied with monetary damages.  Accordingly, Plaintiff's motion for judicial intervention is DENIED.

       The Clerk of Court is directed to terminate ECF No. 221.  As Plaintiff previously consented to ECF notifications, ECF No. 23, there is no need to mail this Order to him.

       SO ORDERED.

Dated: February 22, 2023                     _____
       New York, New York                      JESSE M. FURMAN
                                                 United States District Judge