UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MAHFOOZ AHMAD, :
:
                Plaintiff, :             20-CV-4507 (JMF)
:
     -v- :                ORDER
:
COLIN DAY et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On June 6, 2023, the Court issued an Opinion and Order granting Defendants' motion to dismiss.  ECF No. 236.  The next day, Plaintiff filed a motion for reconsideration.  ECF No. 238.  As Plaintiff presents no valid grounds for reconsideration, the motion is DENIED.  *See, e.g.*, *Analytical Survs., Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012) ("It is well-settled that [a motion for reconsideration] is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple.  Rather, the standard for granting a . . . motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." (cleaned up)).

        The Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

        The Clerk of Court is directed to terminate ECF No. 238.  As Plaintiff has consented to electronic service, ECF No. 23, there is no need to mail a copy of this Order to Plaintiff.

        SO ORDERED.

Dated: June 8, 2023
       New York, New York                    _____
                                                     JESSE M. FURMAN
                                                   United States District Judge