UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHFOOZ AHMAD,<br>Plaintiff,<br>-v-<br>COLIN DAY et al.,<br>Defendants. | 20-CV-4507 (JMF)<br><br>MEMORANDUM OPINION AND ORDER |

JESSE M. FURMAN, United States District Judge:

On September 20, 2026, Plaintiff filed a motion for relief from judgment and an indicative ruling pursuant to Rules 60(b)(6) and 62.1 of the Federal Rules of Civil Procedure. *See* ECF No. 255. After reviewing the motion, the Court DENIES the motion as frivolous, *see, e.g.*, *United States v. Cirami*, 535 F.2d 736, 739 (2d Cir. 1976), and untimely, *see* Fed. R. Civ. P. 60(c)(1) ("A motion under Rule 60(b) must be made within a reasonable time . . . after the entry of the judgment or order or the date of the proceeding."). Further, as this is not the first such motion Plaintiff has filed, Plaintiff is cautioned that future frivolous filings may result in sanctions.

The Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Order would not be taken in good faith, and in forma pauperis status is thus denied. See *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to terminate ECF No. 255.

As Plaintiff has consented to electronic service, ECF No. 23, there is no need to mail a copy of this Memorandum Opinion and Order to Plaintiff.

SO ORDERED.

Dated: September 23, 2026
New York, New York

JESSE M. FURMAN
United States District Judge