MANDATE

S.D.N.Y. – N.Y.C.
20-cv-4507
Furman, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: Oct 23 2026

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-six.

Present:
Debra Ann Livingston,
Sarah A. L. Merriam,
Matthew A. Schwartz,
*Circuit Judges.*

Mahfooz Ahmad,

*Plaintiff -Appellant*,

v. 26-1126

Colin Day, et al.,

*Defendants-Appellees*.

Appellant, proceeding pro se, moves for reconsideration of orders of this Court addressing the briefing schedule. Appellees Colin Day, Courtney Dutter, iCIMS Inc., Beacon Hill Staffing Group, and naviHealth, Inc. move for the imposition of a leave-to-file sanction on Appellant and to deny or dismiss the appeal. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

It is further ORDERED that Appellees' motions are DENIED, and Appellant's motion for reconsideration is DENIED as moot.

Appellant is hereby warned that the continued filing of duplicative, vexatious, or clearly meritless appeals, motions, petitions, or other papers could result in the imposition of a sanction that would require Appellant to obtain permission from this Court prior to filing any further submissions in

MANDATE ISSUED ON 10/23/2026

this Court (a "leave-to-file" sanction). *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993); *Sassower v. Sansverie*, 885 F.2d 9, 11 (2d Cir. 1989) (per curiam).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit